# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA RAISIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. CV 15-8619 FMO (MRWx)<br><br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's Case Management Order, filed on November 18, 2015 ("Court's Order of November 18, 2015"), the parties' Joint Brief was due on or about June 20, 2016.  It appears from the record that the Joint Brief has not been filed as required by the Court's Order of November 18, 2015.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **November 7, 2016,** plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action.  **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1]  In particular, plaintiff's declaration must address why the Joint Brief has not been filed, even though it was due over four months**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

1  **ago. If plaintiff contends that defendant is somehow responsible for the failure to file the**
2  **Joint Brief, plaintiff shall explain why she has not filed a motion for sanctions or otherwise**
3  **brought defendant's failure to comply with the Court's Order of November 18, 2015 to the**
4  **attention of the court. Failure timely to file such a declaration or to show cause as ordered**
5  **will result in dismissal of this action for failure to prosecute.**
6      **Filing of the Joint Brief or Stipulation of Dismissal shall be a satisfactory response**
7  **to the Order to Show Cause. However, absent exceptional circumstances, no extensions**
8  **will be granted for the filing of the Joint Brief**.
9      **IT IS SO ORDERED.**
10 Dated this 2nd day of November, 2016.

                                                                     /s/
                                                       Fernando M. Olguin
                                                  United States District Judge